```
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$
Extra Services & 
☐ Return Receipt
☐ Return Receipt
☐ Certified Mail
☐ Adult Signatur
☐ Adult Signatur
Postage
$
Total Postage
$
Sent To
Street and Apt. No.,
City, State, ZIP+4®

3:16-2059 DE# 3
Corey Crockett
#352962
5115 Harding Place
Nashville, TN 37211

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions
```

7015 1730 0000 9451 6502